Case 3:05-cv-0178/-JSW Document 5-1 Filed 07/01/2005 Page 1 of 3

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile: (415) 436-7169

Attorneys for Defendant

E-filing

E-filed 7/1/05

CHAMBERS COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAJOR JOHN E. GLENN, Plaintiff,

v.

DONALD RUMSFELD et al, Defendant.

No. C 05-01787 JSW

STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND EXTENDING THE DATE FOR THE CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that defendant may have an extension of 30 days in which to respond to the Complaint herein. Defendant's response would have been due July 8, 2005. Defendant's response is now due on August 8, 2005. Parties also agree, subject to the approval of the Court, to change the date of the case management conference from July 29, 2005 to August 12, 2005, so that the conference occurs after the response has been filed.

///

///

///

///

An extension is required because the United States Attorney's office needs additional time to obtain and review documents in conjunction with the agency and the relevant documents and witnesses are located in Virginia and Okinawa, Japan. This is defendant's first request for an extension of time.

DATED: 1 JUL 05 By: MICHAEL BAUERNFEIND
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

DATED: By: KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:

HON. JEFFREY S. WHITE
United States District Judge

An extension is required because the United States Attorney's office needs additional time to obtain and review documents in conjunction with the agency and the relevant documents and witnesses are located in Virginia and Okinawa, Japan. This is defendant's first request for an extension of time.

DATED: By: ____________________
MICHAEL BAUERNFEIND
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

DATED: 7/1/05 By: ____________________
KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: JUL 0 5 2005 ____________________
HON. JEFFREY S. WHITE
United States District Judge