IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN E. GLENN,

    Plaintiff,

v.

DONALD RUMSFELD,

    Defendant.
                                     /

No. C 05-01787 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On August 8, 2005 Defendant filed a motion to dismiss or in the alternative for summary judgment, which currently is noticed for hearing on November 4, 2005. The Court HEREBY ORDERS that Plaintiff's opposition shall be due on August 26, 2005, and Defendant's reply, if any, shall be due on September 2, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 11, 2005

                                                               JEFFREY S. WHITE
                                                               UNITED STATES DISTRICT JUDGE