KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJOR JOHN E. GLENN, <br><br> Plaintiff, <br><br> v. <br><br> DONALD RUMSFELD et al, <br><br> Defendants. | No. C 05-01787 JSW <br><br> STIPULATION MODIFYING BRIEFING ORDER AND [~~PROPOSED~~ ORDER] |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that plaintiff will file his opposition to defendants' motion to dismiss on or before September 30, 2005, and defendants will file their reply on or before October 14, 2005.  Per the Court's Order of August 11, 2005 altering the originally noticed briefing schedule, plaintiff's response would have been due August 26, 2005, and defendants' reply would have been due on September 2, 2005.  The hearing date for the motion to dismiss and the case management conference is November 4, 2005.

///

///

///

An alteration of the briefing schedule is required for several reasons. First, counsel for plaintiff's wife will be having surgery on August 18, 2005, and counsel will be caring for her afterwards. Second, counsel for plaintiff will be out of the country in Japan and Korea between September 6th and September 19, 2005. Third, counsel for defendant will be out of the country August 29th through September 9, 2005.

DATED: August 15, 2005   By:   /s/
MICHAEL BAUERNFEIND
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

DATED: August 15, 2005   By:   /s/
KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendant

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED:

DATED:   August 17, 2005

HON. JEFFREY S. WHITE
United States District Judge