| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN SWANSON, CSBN 135879<br>Chief, Civil Division |
| 3 | KATHERINE DOWLING, CSBN 220767<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MAJOR JOHN E. GLENN | ) | No. C 05-01787 JSW |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE HEARING DATE AND [~~PROPOSED~~ ORDER] |
| v. | ) | |
| DONALD RUMSFELD et al, | ) ) ) | |
| Defendants. | ) ) | |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that (1) the hearing date for the motion to dismiss and the case management conference currently scheduled for November 4, 2005, will now be held on December 16, 2005, the next available date on the Court's calendar for cases with the above terminal digit, and (2) the date for completion of mediation will be continued until December 30, 2005, to allow for resolution of the motion prior to the mediation. Plaintiff will file his opposition to defendants' motion to dismiss on or before November 4, 2005, and defendants will file their reply on or before November 18, 2005.

///

///

///

| | |
|---|---|
| 1 | |
| 2 | An alteration of the schedule is required due to the trial schedules for counsel for both parties. First, counsel for defendant has a trial before Judge Jenkins that was recently moved due to the unavailability of plaintiff. This approximately week long trial was rescheduled on September 13, 2005 to start on October 31, 2005, which will encompass the current hearing date of November 4, 2005. Second, counsel for plaintiff has two trials taking place in the first two weeks of October when plaintiff's opposition would have been due. Parties are continuing to work together on discovery matters. Parties are willing to schedule the hearing and case management conference for an earlier date after November 18, 2005 if the Court should become available. |

DATED:        By:        /s/
                          MICHAEL BAUERNFEIND
                          Attorney for Plaintiff


                          KEVIN V. RYAN
                          United States Attorney


DATED:        By:        /s/
                          KATHERINE B. DOWLING
                          Assistant United States Attorney
                          Attorneys for Defendant


PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED:

DATED:   September 29, 2005        _____
                                   HON. JEFFREY S. WHITE
                                   United States District Judge