KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Telephone: (415) 436-6833
   Facsimile:  (415) 436-7169

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJOR JOHN E. GLENN, | ) No. C 05-01787 JSW |
|            Plaintiff, | ) STIPULATION TO ENLARGE HEARING |
| v. | ) DATE AND [PROPOSED ORDER] |
| DONALD RUMSFELD et al, | ) |
|            Defendants. | ) |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the hearing date for defendant's motion for judgment on the pleadings will take place on February 17, 2006. The hearing date for the motion was moved by the Court from December 16, 2005 to January 27, 2006.

///

///

///

///

///

///

A change of the hearing date is required because counsel for defendant will be in trial between January 23rd and February 3, 2006.

DATED: 9 JAN 06    By: _____
MICHAEL BAUERNFEIND
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

DATED: 1/9/06    By: _____
KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendant

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED:

DATED: January 9, 2006    _____
HON. JEFFREY S. WHITE
United States District Judge